# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | |
| | ) | **ORDER** |
| Information associated with the accounts | ) | |
| identified as foreverrrr2@icloud.com, that | ) | |
| is now stored at the premises controlled by | ) | Case No. 1:23-mj-070 |
| Apple, Inc. | ) | |

On application by the United States, the court issued an order directing that Apple, Inc., was not to disclose the existence of an administrative subpoena to the listed subscriber or any other person until August 8, 2023.  The court now **ORDERS** that all materials associated with the above-captioned matter shall be unsealed.

Dated this 14th day of August, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court